**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24Cr195 |
| | § | Hon. Judge Jordan |
| ANDRES MARIN SILVA | § | |

**DEFENSE COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT ANDRES MARIN SILVA**

COMES NOW, undersigned counsel and respectfully moves this Honorable Court to enter an Order allowing withdrawal from representation of the Defendant, Andres Marin Silva, due to irreconcilable differences.

1.    On February 9, 2024, undersigned counsel entered an appearance in the instant matter.

2.    Undersigned counsel worked diligently on the Defendant's behalf.

3.    Undersigned counsel and the Defendant have irreconcilable differences that make the continuation of the attorney-client relationship impossible.

4.    Accordingly, undersigned counsel respectfully moves this Honorable Court for an order discharging him from further responsibility in the instant matter.

5.    Prior to filing the instant motion, undersigned counsel consulted with AUSA Heather Rattan, who communicated that she has no objection to same.

1

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the instant motion and relieve the undersigned of any further responsibility in connection with the instant matter.

Respectfully Submitted,

*/s/  DAVID A. NUNEZ*
David A. Nunez
Meyer & Nunez, P.A.
101 N.W. 8 St., Ste. 200
Miami, FL 33136
Tel:  305-722-9898
Email:  david@nunez-law.com

## CERTIFICATE OF SERVICE

I hereby certify this document has been filed via electronic filing on March 11, 2026, with a copy to AUSA Heather Rattan.

*/s/ David A. Nunez*
DAVID A. NUNEZ

2