IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24CR195 |
| | § | Judge Jordan |
| ANDRES MARIN SILVA | § | |

## MOTION FOR A STATUS CONFERENCE

The United States files this Motion for a Status Conference. The case is scheduled for a pretrial conference on April 6, 2026. (Dkt. 9).

It is unclear who is representing the defendant. Attorney, David Nunez, filed his motion to withdraw on March 11, 2026. (Dkt. 16). The Court granted Mr. Nunez's motion to withdraw on March 12, 2026. (Dkt. 17). Hilda Morales Hahn advised she would like to withdraw but no motion has been filed.

The government respectfully requests a status conference be held for this defendant.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

___/s/_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar no. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that my office has conferred with defense counsel, and they are unopposed.

___/s/_____
HEATHER RATTAN

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 16, 2026.

___/s/_____
HEATHER RATTAN